**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-1718

WOODROW R. JACKSON, SR.,

Plaintiff - Appellant,

v.

HON. DONALD C. BLESSING; LYNETTE COE; MACHELLE EPPES; J. DUNCAN PITCHFORD; JASON S. MIYARES; JOHN W. DANIEL, II; THOMAS (Tommy) W. LAWSON,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  David J. Novak, District Judge.  (3:21-cv-00772-DJN)

Submitted:  May 19, 2023                      Decided:  July 26, 2023

Before THACKER and RICHARDSON, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Woodrow R. Jackson, Sr., Appellant Pro Se.  John P. O'Herron, THOMPSON MCMULLAN PC, Richmond, Virginia; James Arthur Cales, III, FURNISS, DAVIS, RASHKIND & SAUNDERS, Norfolk, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Woodrow R. Jackson, Sr., appeals the district court's order dismissing without prejudice his civil complaint for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Jackson v. Blessing*, No. 3:21-cv-00772-DJN (E.D. Va. June 13, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*